UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JENTRELL WOODWARD, <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA COUNTY NARCOTICS TASKFORCE, et al., <br><br> Defendants. | Case No. 22-cv-06847-JST <br><br> **ORDER OF DISMISSAL** <br> Re: ECF No. 2 |

Plaintiff commenced this action on or about November 3, 2022, by filing a complaint with this Court. ECF No. 1. That same day, the Clerk informed Plaintiff that the action was deficient because he had not filed a complete *in forma pauperis* application. ECF No. 4. Specifically, Plaintiff had not submitted the required supporting paperwork: a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at Plaintiff's correctional facility and a copy of his prisoner trust account statement showing transactions for the last six months. *Id.* The Court instructed Plaintiff to correct these deficiencies by December 1, 2022, or the action would be dismissed. *Id.* The Court sent Plaintiff a blank *in forma pauperis* application form and postage-paid return envelope. *Id.*

The deadline to file a complete application for leave to proceed *in forma pauperis* has passed. Plaintiff has neither filed the required documents nor communicated with the Court. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. In light of the dismissal of this action, Plaintiff's request for injunctive relief, ECF No. 2, is DENIED as moot.

1        The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the
2 case.

3        This order terminates ECF No. 2.

4        **IT IS SO ORDERED.**

5   Dated:  January 13, 2023



6                                                                                     _____
7                                                                                                     JON S. TIGAR
                                                                                             United States District Judge